JOHN LANGFORD, Respondent, *v.* WILLIAM BROADHEAD et al., Appellants.

(Argued March 21, 1893; decided April 11, 1893.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made January 22, 1892, which modified, and affirmed as modified, a judgment in favor of plaintiff, entered upon the report of a referee.

*C. R. Lockwood* for appellants.

*A. Hazeltine* for respondent.

Agree to affirm on opinion below.
All concur.
Judgment affirmed. _____